

Christopher Raleigh (CR-9366)
COZEN O'CONNOR
Attorneys for Plaintiff
45 Broadway Atrium - 16th Floor
New York, New York 10006
(212) 509-9400
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x
SOMPO JAPAN CLAIM SERVICES )
(AMERICA), INC., a/s/o Tokico (USA), Inc. )
)
      Plaintiff, )
)
      -against- )
)
FFS FREIGHT INTERNATIONAL, INC., )
FLYING FISH SERVICE, INC., NIPPON )
YUSEN KAISHA, a/k/a NYK LINE and )
the M/V SANTA MONICA, her engines, tackle, )
boilers, etc., *in rem*, )
)
      Defendants. )
--------------------------------------x

Civil Action No.

**Rule 7.1 Disclosure**
**Of Interested Parties**

ECF CASE

      CHRISTOPHER RALEIGH, attorney for plaintiff, Sompo Japan Claim Services (America) Inc., having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

      1.    Sompo Japan Claim Services (America) Inc. is related to Sompo Japan Insurance Inc., which is a company that is publicly traded on the Tokyo Stock Exchange.

Dated: New York, New York
       March 4, 2008

                            COZEN O'CONNOR
                            Attorneys for Plaintiff

             By: _____
                          Christopher Raleigh (CR 9366)
                          45 Broadway - 16th Floor
                          New York, New York 10006
                          (212) 509-9400