UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 08CV02178

SOMPO JAPAN CLAIM SERVICES (AMERICA) INC. A/S/O TOKICO (USA) INC.
, Plaintiff(s)

- against -

FFS FREIGHT INTERNATIONAL, INC FLYING FISH SERVICE, INC. NIPPON YUSEN KAISHA, A/K/A NYK LINE AND THE M/V SANTA MONICA, HER ENGINES, TACKLE, BOILERS, ETC., IN REM
, Defendant(s)

State of New Jersey   )
                      ) SS.:
County of Union       )

## AFFIDAVIT OF SERVICE

Larry Sable being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides within the State of New Jersey. That on 03/11/2008 at 2:25 PM at:
    NIPPON YUSEN KAISHA C/O NYK ( NORTH AMERICA), INC.
    300 LIGHTING WAY
    SECAUCUS NJ  07094
Deponent served the:

SUMMONS IN A CIVIL ACTION & COMPLAINT

on NIPPON YUSEN KAISHA C/O NYK ( NORTH AMERICA), INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to Iveta Wentink
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Authorized Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 28   HEIGHT: 5'5''   WEIGHT: 160   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

3-12-08

SWORN TO BEFORE ME

MARCO P. PEREIRA
NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012

Larry Sable       Lic. #

OUR DOC# 20793
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
099994