Christopher Raleigh (CR-9366)
COZEN O'CONNOR
Attorneys for Plaintiff
45 Broadway Atrium - 16th Floor
New York, New York 10006
(212) 509-9400

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
SOMPO JAPAN CLAIM SERVICES            )
(AMERICA), INC., a/s/o Tokico (USA), Inc. )
                                      )
                                      )   08 Cv. 02178 (JGK)
            Plaintiff,                )
                                      )
            -against-                 )
                                      )   **VOLUNTARY DISMISSAL**
                                      )   **PURSUANT TO RULE 41(a)(1)**
FFS FREIGHT INTERNATIONAL, INC.,      )
FLYING FISH SERVICE, INC., NIPPON     )
YUSEN KAISHA, a/k/a NYK LINE and      )
the M/V SANTA MONICA, her engines, tackle, )
boilers, etc., *in rem*,              )
                                      )   ECF CASE
            Defendants.               )
                                      )
---------------------------------------x

The captioned matter having been settled; and, the Defendants not having answered or otherwise appeared in this action, the undersigned attorneys for the Plaintiff, hereby voluntarily dismisses this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without prejudice and without costs.

Dated: New York, New York
       May 15, 2008

                                          COZEN O'CONNOR

                                    By:   _____
                                          Christopher Raleigh (CR 9366)
                                          45 Broadway Atrium - 16th Floor
                                          New York, New York 10006
                                          (212) 509-9400

SO ORDERED:

_____
             U.S.D.J.

*All conferences are cancelled. The Clerk is directed to close this case. So Ordered*
*5/17/08*    */s/ G. Koeltl*
             *U.S.D.J.*